UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

GERALD WILLIAMS,                    )
                                    )
        Plaintiff,                  )          No. 5:18-CV-480-REW
                                    )
v.                                  )
                                    )
SHELLI VOTAW CONYERS, ET AL.,       )          JUDGMENT
                                    )
        Defendants.                 )
                                    )

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Eighth Amendment claims asserted by Plaintiff Gerald Williams are **DISMISSED** with prejudice. Judgment is entered in favor of the defendants with respect to these claims.

2. Any state law medical malpractice claims Plaintiff Gerald Williams may intend to assert are **DISMISSED** without prejudice.

3. This action is **STRICKEN** from the Court's docket.

4. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 11th day of September, 2018.



Signed By:

_Robert E. Wier_

**United States District Judge**